**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------

**UNITED STATES OF AMERICA**

        - against -

**MALDONADO GARCIA FELIZ,**

        Defendant.

------------------------------------

**18 Cr. 670 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

The Court received the attached letter from the defendant regarding his motion for compassionate release filed in ECF No. 32. The Government is not in default for not having answered the prior application because the Court did not set a briefing schedule, and applications for compassionate release should be decided on the merits.

The Court appoints Patrick Jerome Brackley from the Law Office of Patrick Jerome Brackley to represent the defendant in connection with any application for compassionate release. The defendant may submit any additional papers by **April 9, 2021**. The Government should respond by **April 23, 2021,** and the defendant may reply by **May 5, 2021.**

**SO ORDERED.**

**Dated:**    **New York, New York**
           **March 19, 2021**

                                            /s/ John G. Koeltl
                                                **John G. Koeltl**
                                    **United States District Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MALDONADO GARCIA FELIX

Case No. 1:18-cr-00670-JGK

MOTION FOR DEFAULT JUDGEMENT ON COMPASSIONATE RELEASE

COMES NOW, MALDONADO GARCIA FELIX, herein after , Petitioner and moves this honorable court to grant immediate compassionate release based on the reasons set in the Motion for Compasionate release, Filed with the honorable court filed on 9/21/2020. The Government has failed to provide any arguments that would oppose Petitioner's Motion. Sufficient time has elapsed, therefore by tacit agreement the Government is in agreement to grant immediate release and to restore Petitioner to its original Jurisdiction. Petitioner requests the Court hold the Government in Default , thereby granting default Judgment to Petitioner.  Petitioner also demands that the Government guarantees his Right of Subrogation , In Writing, for any and all future proceedings Petitioner submits this request with clean hands and good faith and further instructs the CLERK of the Court to provide immediate notice of status update.
Further Petitioner says none.

Very Respectfully Submitted this 12 day of March 2021,

by: _____   All rights reserved, Without Prejudiced,
                  UCC 1-308

MALDONADO GARCIA FELIX
Filed Pro-se, without any benefit of Legal Counsel